UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BRENT BUFFKIN,

    Plaintiff,

v.	Civil Action No.: 3:16-cv-00021-MCR-CJK

RELIANCE STANDARD LIFE
INSURANCE COMPANY,

    Defendant.
_____/

## DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Defendant, Reliance Standard Life Insurance Company, by and through its attorneys, hereby files this motion for an extension of time to respond to Plaintiff's Motion for Summary Judgment (DE 16) and states as follows:

1.    On or about August 10, 2016, Plaintiff filed a Motion for Summary Judgment and Supporting Memorandum of Law in the above-styled cause. Defendant's response was due on or before September 1, 2016.

2.    Defendant's counsel will require additional time to properly prepare a response to Plaintiff's Motion for Summary Judgment. As such, Defendant respectfully requests an extension of time through, and including, September 9, 2016, to respond to said Motion.

3.    Defendant's counsel attempted to confer with counsel for Plaintiff, but was advised she was out of office, and therefore, received no response.

1061887v.1

4.      The undersigned counsel certifies that the foregoing request is made in good faith and not for the purpose of delay.

**WHEREFORE**, for the foregoing reasons, Defendant, RELIANCE STANDARD LIFE INSURANCE COMPANY, respectfully requests an Order granting an extension of time through, and including, September 9, 2016 to serve its response to Plaintiff's Motion for Summary Judgment.

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
100 Southeast Second Street-Suite 3800
Miami, Florida 33131
(305) 374-4400 Telephone
(305) 579-0261 Facsimile

By: /s/ Tanya I. Suarez
ANTHONY P. STRASIUS
Florida Bar No. 988715
anthony.strasius@wilsonelser.com
TANYA I. SUAREZ
Florida Bar. No.: 86259
tanya.suarez@wilsonelser.com

*Attorneys for Defendant Reliance Standard Life Insurance Company*

1061887v.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on September 2, 2016 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

## SERVICE LIST

Stephanie A. Taylor, Esq.
TAYLOR, WARREN & WEIDNER, PA
1823 N. 9th Avenue
Pensacola, FL 32503
(850) 438-4899
*Attorneys for Plaintiff*

By: */s/ Tanya I. Suarez*
ANTHONY P. STRASIUS
TANYA I. SUAREZ

1061887v.1